UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| VETO PRO PAC, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>CUSTOM LEATHERCRAFT<br>MANUFACTURING CO., INC. and<br>HOME DEPOT, INC.<br><br>                      Defendants. | Civil Action No. 3:08-cv-00302 (VLB) |

**PARTIAL ANSWER, COUNTERCLAIMS AND JURY DEMAND**

Defendant Custom LeatherCraft Manufacturing Co., Inc. ("CLC") hereby responds to the corresponding paragraphs of the Complaint of the Plaintiff Veto Pro Pac, LLC ("Veto") as follows:

1. CLC denies the allegations in Paragraph 1 of the Complaint, except to admit that the Complaint purports to state causes of action for patent infringement, unfair competition and unjust enrichment, and that this Court has jurisdiction over the patent infringement claims under 28 U.S.C. §§ 1331 and 1338.

2. CLC admits the allegations in Paragraph 2 of the Complaint.

3. Upon information and belief, CLC admits the allegations in Paragraph 3 of the Complaint.

4. CLC admits the allegations in Paragraph 4 of the Complaint.

5. Upon information and belief, CLC admits the allegations in Paragraph 5 of the Complaint.

6. CLC has insufficient knowledge to admit or deny the allegations in Paragraph 6 of the Complaint, and leaves Veto to its proof.

7. Upon information and belief, CLC admits the allegations in Paragraph 7 of the Complaint.

8. Upon information and belief, CLC admits the allegations in Paragraph 8 of the Complaint.

9. CLC has insufficient knowledge to admit or deny the allegations in Paragraph 9 of the Complaint, and leaves Veto to its proof.

10. CLC has insufficient knowledge to admit or deny the allegations in Paragraph 10 of the Complaint, and leaves Veto to its proof.

11. CLC has insufficient knowledge to admit or deny the allegations in Paragraph 11 of the Complaint, and leaves Veto to its proof.

12. CLC denies the allegations in Paragraph 12 of the Complaint.

13. CLC has moved to dismiss the claim referred to or contained in Paragraph 13 of the Complaint

14. CLC denies the allegations in Paragraph 14 of the Complaint.

## COUNT I

### Patent Infringement

15. CLC incorporates its answers to the preceding paragraphs of the Complaint as if fully set forth herein.

16. Upon information and belief, CLC admits that the '003 patent was issued by the United States Patent and Trademark Office ("PTO") on October 3, 2000, naming Roger H. Brouard as inventor, and that an assignment of the '003 patent from Roger H.

Brouard to Veto, dated May 5, 2004, is recorded in the Assignment Division of the PTO at reel/frame 014615/0412. CLC has insufficient knowledge to admit or deny the remaining allegations in Paragraph 16, and leaves Veto to its proof.

17. CLC denies the allegations in Paragraph 17 of the Complaint.

18. CLC has moved to dismiss the claim referred to or contained in Paragraph 18 of the Complaint.

19. CLC denies the allegations in Paragraph 19 of the Complaint.

## COUNT II

### Patent Infringement

20. CLC incorporates its answers to the preceding paragraphs of the Complaint as if fully set forth herein.

21. Upon information and belief, CLC admits that the '902 patent was issued by the PTO on July 12, 2005, naming Roger H. Brouard as inventor, and that an assignment of the '902 patent from Roger H. Brouard to Veto, dated May 11, 2005, is recorded in the Assignment Division of the PTO at reel/frame 015885/0682. CLC has insufficient knowledge to admit or deny the remaining allegations in Paragraph 21, and leaves Veto to its proof.

22. CLC denies the allegations in Paragraph 22 of the Complaint.

23. CLC has moved to dismiss the claim referred to or contained in Paragraph 23 of the Complaint.

24. CLC denies the allegations in Paragraph 24 of the Complaint.

## COUNT III

### Unjust Enrichment

25. CLC has moved to dismiss the claim referred to or contained in Paragraph 25 of the Complaint.

26. CLC has moved to dismiss the claim referred to or contained in Paragraph 26 of the Complaint.

27. CLC has moved to dismiss the claim referred to or contained in Paragraph 27 of the Complaint.

## COUNT IV

### Unfair Competition

28. CLC has moved to dismiss the claim referred to or contained in Paragraph 28 of the Complaint.

29. CLC has moved to dismiss the claim referred to or contained in Paragraph 29 of the Complaint.

30. CLC has moved to dismiss the claim referred to or contained in Paragraph 30 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

### Invalidity

1. The '003 patent is invalid, unenforceable and void by reason of the failure of Veto and/or the inventor to comply with, and the failure of the '003 patent to satisfy, one or more conditions of patentability specified in Title 35, United States Code, including but not limited to Sections 101, 102, 103 and 112.

2. The '902 patent is invalid, unenforceable and void by reason of the failure of Veto and/or the inventor to comply with, and the failure of the '902 patent to satisfy, one or more conditions of patentability specified in Title 35, United States Code, including but not limited to Sections 101, 102, 103 and 112.

## SECOND AFFIRMATIVE DEFENSE

### Preemption

1. As is more fully set forth in CLC's motion to dismiss filed on May 21, 2008, Veto's claim of unjust enrichment is preempted by federal patent law and fails to state a claim upon which relief may be granted.

2. As is more fully set forth in CLC's motion to dismiss filed on May 21, 2008, Veto's claim of unfair competition is preempted by federal patent law and fails to state a claim upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

### Failure to State a Claim

1. Veto's Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

## JURY DEMAND

CLC demands a trial by jury on all issues and claims triable to a jury.

## COUNTERCLAIMS

### The Parties

1. Custom LeatherCraft Manufacturing Co., Inc. ("CLC") is a corporation incorporated under the laws of California, having a principal place of business at 10204 South Alameda Street, South Gate, California 90280.

2. Upon information and belief, Veto Pro Pac, LLC ("Veto") is a corporation organized under the laws of the State of Connecticut, having a principal place of business at 1 Lane Road, Norwalk, Connecticut 06851.

## FIRST COUNT

### Declaration of Noninfringement

3. CLC repeats and realleges Paragraphs 1-2 of the Counterclaims and incorporates them herein by reference.

4. This claim arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. This court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

5. In its Complaint, Veto alleges that CLC has infringed U.S. Patent No. 6,126,003 ("the '003 patent") and U.S. Patent No. 6,915,902 ("the '902 patent") by making, using, offering for sale and/or selling tool bags covered by the claims of the '003 and '902 patents.

6. CLC seeks a declaration that it does not infringe the '003 and '902 patents.

7. Actual and justifiable controversies exist between CLC and Veto regarding infringement of the '003 and '902 patents.

8. CLC is entitled to a declaration that it does not infringe the '003 and '902 patents.

## SECOND COUNT

### Declaration of Invalidity

9. CLC repeats and realleges Paragraphs 1-8 of the Counterclaims and incorporates them herein by reference.

6

10. This claim arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. This court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

11. In its Complaint, Veto asserts that CLC has infringed the '003 and '902 patents by making, using, offering for sale and/or selling tool bags covered by the claims of the '003 and '902 patents.

12. CLC seeks a declaration that the '003 and '902 patents are invalid.

13. The '003 and '902 patents are invalid, unenforceable and void by reason of the failure of Veto and/or the inventor to comply with, and the failure of the '003 and '902 patents to satisfy, one or more conditions of patentability specified in Title 35, United States Code, including but not limited to Sections 101, 102, 103 and 112.

14. Actual and justifiable controversies exist between CLC and Veto regarding the validity of the '003 and '902 patents.

15. CLC is entitled to a declaration that the '003 and '902 patents are invalid.

**PRAYER FOR RELIEF**

WHEREFORE, CLC demands judgment in its favor and against Veto, as follows:

(a) Dismiss the Complaint with prejudice and deny each request for relief made by Veto;

(b) Adjudge the claims of the '003 patent not infringed;

(c) Adjudge the claims of the '902 patent not infringed;

(d) Adjudge the claims of the '003 patent invalid;

(e) Adjudge the claims of the '902 patent invalid

(f) Declare that this case is exceptional under 35 U.S.C. § 285;

(g) Award CLC its attorneys' fees pursuant to 35 U.S.C. § 285, other statutes or rules, or the general power of the Court;

(h) Preliminarily and permanently enjoin Veto, its officers, agents, servants, employees, attorneys, and any person who acts in concert or participation with Veto, from asserting or otherwise seeking to enforce the '003 and '902 patents against CLC or anyone in privity with CLC.

(i) Award CLC such other and further relief as the Court deems just and proper.

### JURY DEMAND

CLC demands a trial by jury on all issues and claims triable to a jury.

Dated: May 22, 2008                              Respectfully Submitted,

                                                                                 /s/ Chad A. Landmon
                                                                   Chad A. Landmon (ct20932)
                                                                   Email: cal@avhlaw.com
                                                                   Thomas K. Hedemann (ct27686)
                                                                   Email: tkh@avhlaw.com
                                                                   Axinn, Veltrop & Harkrider LLP
                                                                   90 State House Square
                                                                   Hartford, CT 06103-3702
                                                                   Telephone: (860) 275-8100
                                                                   Facsimile: (860) 275-8101

                                                                  *Attorneys for Defendant Custom LeatherCraft Manufacturing Co. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer, Counterclaims and Jury Demand has been served via electronic and first-class mail this 22nd day of May, 2008, to:

>Richard R. Michaud, Esq.
>Email: michaud@michaud-duffy.com
>Raymond D. Thompson, Esq.
>Email: thompson@michaud-duffy.com
>Michaud-Duffy Group
>306 Industrial Park Rd., Suite 206
>Middletown, CT 06457

>/s/ Thomas K. Hedemann
>Thomas K. Hedemann (ct27686)
>Email: tkh@avhlaw.com
>Axinn, Veltrop & Harkrider LLP
>90 State House Square
>Hartford, CT 06103-3702
>Telephone: (860) 275-8100
>Facsimile: (860) 275-8101
>
>*Attorneys for Defendant Custom LeatherCraft Manufacturing Co. Inc.*