UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Veto Pro Pac, LLC )<br>    Plaintiff, )<br>v. )<br> )<br>Custom LeatherCraft )<br> Manufacturing Co., Inc. )<br>    Defendant, )<br>and )<br> )<br>Home Depot U.S.A, Inc. )<br>    Defendant. ) | Civil Action No. 3:08-cv-00302 (VLB)<br><br><br><br><br><br><br><br>April 29, 2009 |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER RELATING TO THE <u>DEPOSITION OF ROGER BROUARD</u>

Pursuant to Federal Rule of Civil Procedure 26(c), plaintiff, Veto Pro Pac, Incorporated ("Veto") respectfully moves for a protective order to set the terms and conditions of the deposition of Roger Brouard, which is currently noticed for April 30, 2009.

In support of this motion Veto submits a memorandum of law and the

**ORAL ARGUMENT REQUESTED**

**Declaration of Ian E. Bjorkman.**

                **Veto Pro Pac, LLC**


                **By    /s/  Ian E. Bjorkman**
                      **Ian E. Bjorkman (ct11648)**
                      **Law Office of Ian E. Bjorkman, LLC**
                      **110 Whitney Avenue**
                      **New Haven, CT 06510**
                      **Tel.: (203) 773.9110**
                      **Fax: (203) 516.2364**
                      **ian@ibjorkman.com**

                      **Raymond D. Thompson (ct27026)**
                      **Richard R. Michaud, (ct17144)**
                      **Michaud-Duffy Group LLP**
                      **306 Industrial Park Road, Suite 206**
                      **Middletown, CT 06457**
                      **Tel:  (860) 632-7200**
                      **Fax:  (860) 632-8269**
                      **Email:  Michaud@michaud-duffy.com**

                      **Its Attorneys**

## CERTIFICATION

I hereby certify that on April 29, 2009 a copy of foregoing Motion for Protective Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Ian E. Bjorkman
Ian E. Bjorkman