UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| VETO PRO PAC, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CUSTOM LEATHERCRAFT<br>MANUFACTURING CO., INC. and<br>HOME DEPOT U.S.A., INC.<br><br>    Defendants. | Civil Action No. 3:08-cv-00302 (VLB) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Veto Pro Pac, LLC and defendants Custom LeatherCraft Manufacturing Co., Inc. ("CLC") and Home Depot U.S.A., Inc. ("Home Depot"), hereby stipulate that:

1. Every cause of action in the lawsuit be dismissed with prejudice, except for the Second Count of CLC's counterclaims and the Second Count of Home Depot's counterclaims;

2. The Second Count of CLC's counterclaims (Declaration of Invalidity) be dismissed without prejudice;

3. The Second Count of Home Depot's counterclaims (Declaration of Invalidity) be dismissed without prejudice; and

4. Each party shall bear its own costs and attorneys' fees.

Dated: November 9, 2009

| | |
|---|---|
| /s/ Ian E. Bjorkman | /s/ Chad A. Landmon |
| Ian E. Bjorkman (ct11648) | Chad A. Landmon (ct20932) |
| Law Office of Ian E. Bjorkman, LLC | Axinn, Veltrop & Harkrider LLP |
| 110 Whitney Avenue | 90 State House Square |
| New Haven, CT 06510 | Hartford, CT 06103-3702 |
| Telephone: (203) 773.9110 | Telephone: (860) 275-8100 |
| Facsimile: (203) 516.2364 | Facsimile: (860) 275-8101 |
| *Attorneys for Veto Pro Pac, LLC* | *Attorneys for Defendant Custom LeatherCraft Manufacturing Co. Inc.* |

/s/ Steven M. Coyle
Steven M. Coyle (ct21039)
Cantor Colburn LLP
20 Church Street
Hartford, CT 06103
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

*Attorneys for Defendant Home Depot U.S.A., Inc.*